UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

           Plaintiff,

    v.

PETAL CARD, INC. et al.,

           Defendants.

Case No. 18 Ciy. 5495 (JFK)

### DECLARATION OF CASSANDRA SHIH

I, Cassandra Shih, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned action.

2. I make this Declaration based upon my own knowledge, information and belief. I am competent to testify as to the matters set forth in this Declaration.

3. Attached hereto as Exhibit 1 is a Certificate of Amendment to the Certificate of Incorporation of CreditBridge, Inc., amending the name of the corporation to Petal Card, Inc., dated September 19, 2016, and filed with the State of Delaware Secretary of State Division of Corporations on September 20, 2016, together with the original Certificate of Incorporation of CreditBridge, Inc., filed with the State of Delaware Secretary of State Division of Corporations on February 1, 2016 and the Restated Certificate of Incorporation of Petal Card, Inc. certifying that "this corporation was originally incorporated . . . on February 1, 2016 under the name CreditBridge, Inc., filed with the State of Delaware Secretary of State Division of Corporations on December 16, 2016.

4. Annexed Exhibit 2 is a screenshot from the CreditBridge website's "about us" page at http://creditbridge.com/about-us/ as it appeared on February 21, 2016 according to the Wayback Machine Internet Archive. The CreditBridge website is referenced in the Amended Complaint at ¶¶6, 104, and 109.

5. Annexed as Exhibit 3 are screenshots of blog articles posted to the CreditBridge website in October 2015. The specific screenshot reflects how CreditBridge's blog appeared on October 31, 2015 according to the Wayback Machine Internet Archive. The CreditBridge website is referenced in the Amended Complaint at ¶¶6, 104, and 109 and Andrew Endicott's blogging on the CreditBridge website is specifically referenced at ¶¶107 and 108 and Amended Complaint Ex. D.

6. Exhibit 4 is a screenshot from the website whois.net reflecting research I performed on that website on December 21, 2018, which demonstrates that the domain www.credit-bridge.com was registered on June 11, 2015, just days after my last communications with Andrew Endicott about our plans for CreditBridge.

7. At the time of service of this Declaration, the website www.credit-bridge.com redirects all traffic to Petal's current website, www.petalcard.com.

8. Annexed as Exhibit 5 are screenshots from the www.credit-bridge.com website as it appeared on July 9, 2015. The specific screenshots reflect the home page for the site and the "blog" page as archived by the Wayback Machine Internet Archive. These pages are publicly available at:

- https://web.archive.org/web/20150709033130/http:/www.creditbridge.com:80/ and
- https://web.archive.org/web/20150710073038/http://www.credit-bridge.com:80/blog-2/.

The CreditBridge website is referenced in the Amended Complaint at ¶¶6, 104, and 109.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 24th day of January, 2019.

_____
Cassandra Shih