# Exhibit 2

## Fwd: Startup Business Presentation

**From:** Andrew Endicott
**To:** Yulia Fradkin
**Date:** Mon, 13 Jul 2015 04:01:01 +0000
**Attachments:** CreditBridge - Financing Partner Deck (July 2015).pdf (611.88 kB)

Check it out!

AME

--

Andrew M. Endicott
Harvard Law School | J.D. 2012
University of Arkansas | B.S.B.A. 2009

--

Andrew M. Endicott
Harvard Law School | J.D. 2012
University of Arkansas | B.S.B.A. 2009

CONFIDENTIAL



Financial Tools for a Borderless World

CONFIDENTIAL

FRADKIN000021



## Opening the American Credit System to Newcomers

CreditBridge is filling a gap in the American credit structure and enabling expats to live fuller lives

### The Expat Credit Problem

- New arrivals face difficulties getting credit
    - Credit cards, apartment leases, mortgages, etc.
- Lack of credit history is the problem
    - No SSN / U.S. payment history
    - Inconsistent data collection regimes
- Those who do qualify confront high interest rates and low borrowing limits
    - Even with H1B1

> Fact: Approximately 750,000 immigrants / expats arrive each year in the U.S.

### Credit Gaps with Other Groups

- Students, young people are also "new arrivals" to the credit data regime
    - Significant family resources can be a source of financial stability
- People with past credit trouble can be good borrowing risks despite past data

### CreditBridge Solves Information Gap

- CreditBridge – alternative lending platform
    - Branded secured cards build credit
    - Evolution to traditional card lending as borrower repayment data grows
    - Partner banks facilitate custodianship, borrowing, and payment systems

1



# Getting Hung Up in the American Credit Machine

The American system of credit can trip expats up, regardless of their past financial responsibility

### Expat Corporate Lawyer

- Wasn't able to get a credit card to decorate her apartment, despite lucrative job and solid payment history







### H1B1 Engineer

- Was not able to attain an auto loan to purchase a car even though employer provided auto stpiend



### Wealthy Foreign Graduate

- Wasn't able to get an apartment without paying a massive deposit, regardless of her personal wealth and solid job offer





Information failures cause each of these problems

2

CONFIDENTIAL

FRADKIN000023


CreditBridge

## A Large, Un-addressed, Rapidly-Growing Market
The expat consumer credit market is largely ignored by existing financial institutions despite its significant size

| Market Size | Geographic Potential |
|---|---|
| ▪ Potential addressable market of $5.2bn<br>  ▪ Credit card lending<br>  ▪ Lease guaranties<br>  ▪ Mortgage lending<br>  ▪ Auto lending | ▪ China and India (27% combined) are biggest, but Canada and Pakistan are also large<br>▪ Significant business potential from affluent expats from Europe, Asia |

| Potential Industry Revenue by Category | U.S. Foreign Born Population |
|---|---|
| ▪ Significant potential from credit card; mortgage demand is large long-term vertical | ▪ Secular trend of larger foreign born population both on absolute and relative basis |



Credit Card Lending 14.3%, Lease Guaranty 14.4%, Mortgage Lending 60.3%, Auto Lending 11.0%



# of immigrants — Immigrants % of U.S. pop.

3



# Growth Opportunity for Partners

CreditBridge offers significant revenue opportunities for partner banks

## Partnership Fundamentals

- Bounty/ interchange fee revenue for CB
- Interchange / interest revenue for banks

## Strategic Importance for Partners

- High-yield asset; revenue opportunity
- Develops high-LTV customers for cross-selling

| Illustrative Vertical Revenue - Expat / Immigrant Secured Cards Only | | | |
|---|---|---|---|
| **CreditBridge** | | **Financing Partners** | |
| Potential Customer Pool[1] | 2,297,944 | Potential Customer Pool[1] | 2,297,944 |
| Annual Cardholder Bounty | $50.00 | Interchange Exchange Fee % | 1.5% |
| Approval Bounty Revenue | $114,897,218 | Interchange Fee Share Retained | 80.0% |
| | | Avg. Card Transaction Volume | $20,000 |
| Active Usage Rate | 65.0% | **Total Interchange Revenue** | **$551,506,644** |
| Active Usage Bounty | $100.00 | | |
| Active Usage Bounty Revenue | $149,366,383 | Potential Customer Pool[1] | 2,297,944 |
| | | Average Balance | $1,500 |
| **Total Bounty Revenue** | **$264,263,600** | Interest Rate | 15.0% |
| | | **Total Interest Revenue** | **$517,037,479** |
| Potential Customer Pool[1] | 2,297,944 | | |
| Interchange Exchange Fee % | 1.5% | | |
| Interchange Fee Share Retained | 20.0% | | |
| Avg. Card Transaction Volume | $20,000 | | |
| **Total Interchange Revenue** | **$137,876,661** | | |
| **Total CreditBridge Revenue** | **$402,140,261** | **Total Partner Revenue** | **$1,068,544,123** |

(1) Figured derived from aggregate retention of annual 723,762 immigrant inflow as follows: 80%, 60%, 40%, 20%, 10%, 5%, 2.5%

4



## Fragmented Competitive Landscape

A number of entities serve portions of the expat consumer credit market although none directly





**CONFIDENTIAL**

FRADKIN000026



## Phased Product Development

The Company will launch with prepaid credit cards, followed by traditional credit cards and other options in the medium-term

**Product Assortment – Initial Focus on Secured Credit Cards**

- Partnerships with credit card issuer banks
  - Customers deposit funds for secured card
  - Bank lends against security
- Brand dedicated to building borrower credit
- Credit reporting provided
  - Regular reporting to bureaus
  - Improves borrower credit quickly
- Over time, raises credit limit above security

**Launch**

| Secured Credit Cards |
|---|
| - Branded secured cards |
| - No credit risk |

**Medium-Term**

| Mortgage | Traditional Credit Cards | Auto |
|---|---|---|
| - Capitalize on long-term value from relationships | - Lending partners underwrite via proprietary credit model | - Secured lending asset; strong repayment trends |

6



## Strong Revenue Drivers
Several sources of leverage with customers and partners will power strong revenue streams

| Primary Credit Card Revenue Drivers | Ancillary Credit Card Revenue Drivers |
|---|---|
| - Multiple revenue streams:<br>  - Credit card bounties<br>    - Paid by bank upon opening account<br>    - Incentive-based compensation for bringing in active customers<br>- Transaction fees<br>    - Interchange fee sharing arrangement with issuer bank<br>- Membership fees<br>    - Up to $100 per year<br>- Interest income<br>    - Interest revenue earned from revolving credit borrowings | - Proprietary credit model<br>    - Apples-to-applies scoring with FICO<br>- Digital affiliate marketing fees<br>- Partner affiliate fees<br>    - Financial planning software, next-gen asset managers, payments |

### Market Recognition of Value in Credit Data

- TransUnion has filed an S-1 for its IPO slated to occur later in 2015 for approximately $4bn of equity value



7



## Credit Modeling
**CreditBridge's proprietary credit model assesses risks and informs the lending process**

| Modeling Inputs | Product Impact |
|---|---|
| ■ Incorporates traditional data, data from secured card program, state-of-the-art analysis<br>　■ Traditional data:<br>　　➢ Net worth, income, payment history<br>　■ Secured card data<br>　　➢ Existing borrower payments analyzed<br>　■ Cutting-edge analysis<br>　　➢ Next-gen data analytics<br>　　➢ Foreign credit data extraction<br>　　　— Consent / Opt-in<br>　　　— Relationships with credit bureaus | ■ Enables product that evolves with consumer<br>　■ Credit-limit gradually rises above security<br>　■ Leads to higher transaction volume<br>　■ More customers retained; higher LTV |

**What Makes Our Model Different?**

- Unique capability and relationships to locate and extract international credit history data
- Focus and knowledge of specific needs / risks of expat borrowers in the United States

8

CONFIDENTIAL                                                                                          FRADKIN000029



## Attracting Quality Borrowers

**The Company's unique blend of marketing techniques will enable it to ensure a steady supply of quality borrowers**

### Marketing Outreach

- Targeted strategy to reach audience while minimizing cost of acquisition
- Marketing Channels:
  - Digital
    - Social Media (*e.g.*, Facebook)
    - Paid Search
  - Partner Marketing / Referrals
    - Employers of high-income expats / foreign nationals
    - Professional employers (e.g., law firms, investment banks, consulting firms, technology firms)
    - H1B1 Visa-assistance groups

### Target Customers

- Primary target customer
  - English-speaking professional having entered in the United States recently
- Ancillary target customer
  - College students, underbanked individuals
- Relationships with key partners will facilitate outreach to these groups

### Key Marketing Partnerships

  

9



## Perceived Risks and Realities

Despite the presence of a few risks, CreditBridge has a roadmap for overcoming foreseeable obstacles

| | |
|---|---|
| Lack of Need | <ul><li>Few alternatives are available for people with sparse credit history</li><li>Market research reveals this is an issue for millions of people</li><li>Credit is essential to modern consumer life</li></ul> |
| Difficulty to Achieve Scale | <ul><li>Almost 750,000 new arrivals entered in 2013</li><li>Large percentage of new arrivals population are financially robust</li><li>Ancillary markets (e.g., students) reach into millions of borrowers</li></ul> |
| Difficulty Modeling Risk | <ul><li>Alternative credit scoring systems have been in use for decades</li><li>Pull such practices into U.S. based on substantial global precedent</li><li>International risk models exist but are ignored / disregarded</li></ul> |
| Regulatory Risk | <ul><li>Willingness to work with existing bank risk management protocol</li><li>Credit card assets fit into existing regulatory regime (e.g., FDIC)</li><li>Know-your-customer risks are manageable</li></ul> |

10



## CreditBridge Team and Follow-up

**Andrew Endicott**
- Harvard Law School (2012)
- University of Arkansas (2009)
- Investment Banking at Lazard Ltd; Corporate M&A Law at Willkie Farr & Gallagher

**Jason Gross**
- Harvard Law School (2012)
- University of Florida (2009)
- Corporate Law at Sullivan & Cromwell; Venture Capital Law at Gunderson Dettmer

Please contact Andrew Endicott (andrew.endicott@credit-bridge.com) or Jason Gross (jason.gross@credit-bridge.com) with any follow-up questions

Visit www.credit-bridge.com for ongoing updates

11

CONFIDENTIAL

FRADKIN000032