```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
CASSANDRA SHIH,                  :
                                 :
                    Plaintiff,   :
                                 :
      -against-                  :   No. 18 Civ. 5495 (JFK)
                                 :
PETAL CARD, INC. f/k/a           :           ORDER
CREDITBRIDGE, INC., ANDREW       :
ENDICOTT, and JASON GROSS        :
                                 :
                    Defendants.  :
                                 :
-------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2020

**JOHN F. KEENAN, United States District Judge:**

By no later than July 20, 2020, the parties are directed to confer and file a joint letter regarding whether either party requests oral argument on Defendants' motion to dismiss the second amended complaint (ECF No. 102). The Court does not require such argument, but if it is requested, the parties are further directed to provide the Court with at least three proposed dates for the argument on the Tuesdays, Wednesdays, and Thursdays between August 18, 2020, and September 3, 2020.

**SO ORDERED.**

Dated:  New York, New York
        July 13, 2020

                                    /s/ John F. Keenan
                                    _____
                                         John F. Keenan
                                    United States District Judge