USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

        Plaintiff,

-against-

PETAL CARD, INC., f/k/a
CREDITBRIDGE, INC., et al.,

        Defendants.

18-CV-5495 (JFK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a telephonic status conference on **October 27, 2020 at 10:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **October 20, 2020**, the parties shall file a joint status letter, updating the Court as to what discovery remains, how long the parties estimate they need to complete it, whether any party seeks expert discovery, and if any progress has been made towards settlement.

Dated: New York, New York
       September 30, 2020

                              **SO ORDERED.**

                              **BARBARA MOSES**
                              **United States Magistrate Judge**