**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CASSANDRA SHIH,<br><br>                    Plaintiff,<br><br>          v.<br><br>PETAL CARD, INC. f/k/a/ CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS<br><br>                    Defendants. | NOTICE OF MOTION TO WITHDRAW APPEARANCE<br><br>CIVIL ACTION NO. 1:18-cv-5495 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Valeria M. Pelet del Toro, dated January 4, 2021, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the withdrawal of the appearance of Valeria M. Pelet del Toro as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address vpeletdeltoro@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendants shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: January 4, 2021                                     Respectfully Submitted,

                                                                              By:    /s/ Valeria M. Pelet del Toro
                                                                                      Valeria M. Pelet del Toro