UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA SHIH,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PETAL CARD, INC. f/k/a/ CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS<br><br>　　　　　　　　Defendants. | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>CIVIL ACTION NO. 1:18-cv-5495 |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Valeria M. Pelet del Toro, declare and state as follows:

1. On August 26, 2020, I filed a Notice of Appearance (ECF 113) on behalf of Defendants.

2. As of today, January 4, 2021, I am no longer affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Defendants.

3. Defendants shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Plaintiff.

Dated: January 4, 2021　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Valeria M. Pelet del Toro
　　　　　　　　　　　　　　　　　　　　　　　　　Valeria M. Pelet del Toro