UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA SHIH,<br><br>        Plaintiff,<br><br>v.<br><br>PETAL CARD, INC. f/k/a/ CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS<br><br>        Defendants. | NOTICE OF MOTION TO WITHDRAW APPEARANCE<br><br>CIVIL ACTION NO. 1:18-cv-5495 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated January 15, 2021, and pursuant to Local Civil Rule 1.4, Defendants respectfully request the withdrawal of the appearance of Joshua Matz as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendants shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: January 15, 2021                        Respectfully submitted,

                                                           /s/ Joshua Matz
                                                           Joshua Matz