UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA SHIH,<br><br>        Plaintiff,<br><br>v.<br><br>PETAL CARD, INC. f/k/a/ CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS<br><br>        Defendants. | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>CIVIL ACTION NO. 1:18-cv-5495 |

**DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**

I, Joshua Matz, declare and state as follows:

1. On July 19, 2018, I filed a Notice of Appearance (Doc. No. 39) on behalf of Defendants.

2. On October 16, 2019, my appearance was withdrawn (Doc. No. 101) on behalf of Defendants, as I was no longer affiliated with Kaplan Hecker & Fink LLP.

3. I later rejoined Kaplan Hecker & Fink LLP, and on March 17, 2020 I filed a second Notice of Appearance (Doc. No. 109) on behalf of Defendants.

4. As of today, January 15, 2021, I am no longer affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Defendants.

5. Defendants shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Plaintiff. I am not asserting a retaining or charging lien.

Dated: January 15, 2021 Respectfully submitted,

/s/ Joshua Matz
Joshua Matz