UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

              Plaintiff,

-against-

PETAL CARD, INC., f/k/a
CREDITBRIDGE, INC., et al.,

              Defendants.

18-CV-5495 (JFK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      Plaintiff's letter application dated June 4, 2021 is GRANTED. (Dkt. No. 156.) The June 16 status conference is adjourned to **June 30, 2021**, at **11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. *This is an in-person conference*. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19- coronavirus, in advance of the conference. As of the date of this Order, masks are required in public areas of the courthouse, including Courtroom 20A, regardless of vaccination status.

      No later than **June 28, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well any settlement efforts. If there are no outstanding discovery disputes at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       June 7, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**