UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

        Plaintiff,

  -against-

PETAL CARD, INC., f/k/a CREDITBRIDGE, INC., et al.,

        Defendants.

18-CV-5495 (JFK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/21

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the June 30, 2021 status conference, it is hereby

ORDERED that:

1. <u>Privilege Logs.</u> No later than **July 21, 2021**, after meeting and conferring in good faith, the parties shall serve their updated and revised privilege logs in accordance with Local Civ. Rule 26.2 and the guidance provided during the conference. No later than **July 28, 2021**, the parties shall file their letter-motions with respect to any unresolved privilege issues. Unless the parties agree otherwise, responses and optional replies will be due in accordance with Moses Ind. Prac. § 2(e).

2. <u>Documents Concerning Petal's Underwriting Process.</u> No later than **July 21, 2021,** defendants shall promptly produce the documents – discussed in the parties' June 28, 2021 joint letter (Joint Ltr.) (Dkt. No. 158) and during the conference – that they have offered in response to plaintiff's request for documents "sufficient to show the underwriting process for Petal credit card applicants." Joint Ltr. at 2-3.

3. <u>Documents Provided to Lenders in Connection with Debt Financing Transactions.</u> No later than **August 31, 2021**, defendants shall produce all documents regarding (1) the $34 million April 2018 debt facility with Jeffries and Silicon Valley Bank (SVB), *see* Joint Ltr. at 2; (2) the $4 million May 2018 debt facility described by defendants' counsel during the hearing; and (3) the $126 million January 2021 debt facility with Trinity Capital and SVB, *see* Joint Ltr. at 2, in each case including both "deal documents" and documents provided to the lenders in connection with the transactions.

4. <u>Substantial Completion of Document Production.</u> Document production shall be substantially completed no later than **August 31, 2021.**

5. <u>Joint Letter regarding Scheduling.</u> No later than **July 2, 2021**, the parties shall submit a joint letter proposing a modified case management order to govern fact and expert discovery, as well as any post-discovery motion practice.

Dated: New York, New York
      July 1, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**