UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA SHIH,<br><br>    Plaintiff,<br><br>v.<br><br>PETAL CARD, INC. f/k/a/ CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS<br><br>    Defendants. | DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL<br><br>CIVIL ACTION NO. 1:18-cv-5495 |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

Pursuant to 28 U.S.C. § 1746, I, Joshua Matz, declare and state as follows:

1. I am a partner at the law firm Kaplan Hecker & Fink LLP ("KHF").

2. Defendants have retained substitute counsel for the above-captioned matter at Alston & Bird LLP.

3. My colleagues and I at KHF would therefore like to withdraw from our representation of Defendants in the above-captioned matter.

4. Pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw the appearances of KHF attorneys Joshua Matz, Valerie Hletko, Roberta Kaplan, John Quinn, and Martha Fitzgerald.

5. Going forward, Defendants will be represented by Kelley Barnaby and Scott O'Brien at Alston & Bird LLP. On July 2, 2021, Ms. Barnaby filed a motion to appear pro hac vice (ECF 162) and Mr. O'Brien filed a notice of appearance (ECF 163).

6. KHF's withdrawal will not affect the progress of this action in any way, nor will it prejudice Plaintiff. The parties are currently engaged in document discovery and have jointly proposed a revised discovery schedule (ECF 164) that will not be impeded by the substitution of counsel.

7. KHF is not currently asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 6, 2021

Respectfully submitted,

_____
Joshua Matz

District of Columbia

Signed and sworn to before me on this 6th day of July 2021 by Joshua Matz.

_____
Name:
Title of Office: *Notary*
Commission Expires: 11/30/2025

2