UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

           Plaintiff,

-against-

PETAL CARD, INC., f/k/a
CREDITBRIDGE, INC., et al.,
           Defendants.

18-CV-5495 (JFK) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a discovery conference on the parties' letter-motions at Dkt. Nos. 176 and 177 on **August 17, 2021 at 11:00 a.m.** The hearing will be conducted remotely over videoconference, via Microsoft Teams. Chambers will email the video link to counsel closer to the date of the conference. Members of the public may join by audio by dialing (917) 933-2166 and inputting access code 780726817#.

    If the parties would like to use a videoconferencing system other than Microsoft Teams, they shall so advise chambers via email – sent to Moses_NYSDChambers@nysd.uscourts.gov – no later than **August 12, 2021**, identifying the system they propose to use and confirming that (a) it permits public access, at least on an audio-only basis, and (b) neither the Court nor the public will be required to create an account or download an app.

Dated: New York, New York
       August 6, 2021

                              SO ORDERED.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/21