USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASSANDRA SHIH,

           Plaintiff,

  -against-

PETAL CARD, INC., f/k/a CREDITBRIDGE, INC., et al.,

           Defendants.

---

18-CV-5495 (JFK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Non-party Lane Kauder's letter-motion dated August 6, 2021 (Dkt. No. 184) is GRANTED for substantially the "first" and "second" reasons set forth therein and elaborated upon in the movant's reply letter-brief dated August 13, 2021 (Dkt. No. 187). Defendants' subpoena addressed to First Republic Bank (Dkt. No. 185-1) is hereby QUASHED.

    Plaintiff's procedurally improper letter-brief dated August 13, 2021 (Dkt. No. 186) is STRICKEN from the record, as is defendants' responding letter-brief dated August 18, 2021 (Dkt. No. 195).

    The Clerk of Court is respectfully directed to close Dkt. No. 184.

Dated: New York, New York
       August 20, 2021

                                                     **SO ORDERED.**

                                                       **BARBARA MOSES**
                                                       **United States Magistrate Judge**