# EXHIBIT H

**From:** "Elyse H. Lee" <elysehyuna@gmail.com>
**Sent:** Wednesday, August 01, 2018 07:08 PM
**To:** Cassandra Shih <shihcass@gmail.com>
**Subject:** Re: Media strategy

Hi Cassie,

Was great talking with y'all tonight! I hope you take a few days to give it some thought. If you decide that you're committed to tackling media then count me 100% in to get you (and others in your position) the justice you deserve.

All my best,
Elyse

On Fri, Jul 13, 2018 at 7:45 PM, Cassandra Shih <shihcass@gmail.com> wrote:
> Hi Elyse,
>
> Thanks so much for putting this together! I think it works for now and we can tailor as we go.
>
> My beginning contributions to Phase 1:
>
> **Petal**
>
> - https://www.prweb.com/releases/2018/01/prweb15062604.htm
> - https://techcrunch.com/2018/01/10/petal-gets-13-million-to-build-a-credit-card-for-those-without-a-credit-history/
> - https://www.forbes.com/sites/laurengensler/2018/01/10/petal-series-a-credit-cards-millennials-no-credit-score/#48647af86aae
> - https://www.americanbanker.com/news/petal-webbank-launch-card-for-credit-invisibles
>
> **Petal's lawyers**
>
> - Petal is being represented by Kaplan Hecker & Fink LLP. We don't know yet if the firm is also representing **Endicott (Petal's CFO)** and **Gross (CEO)** in their personal capacities.
> - The lead counsel is **Joshua Matz**, who graduated HLS (Harvard law school) the same year as Endicott and Gross. This makes me think that Matz has some personal connection to either Endicott or Gross. If that's true, then the firm is likely to later announce it is also representing either Endicott, Gross, or both, in their personal capacities.
> - Joshua is a known progressive writer / Forbes 30 Under 30 lawyer. You can read more about him here, here and here.
> - The firm itself skews heavily progressive, and it's founder **Roberta Kaplan** is famous for helping overturn DOMA (the Defence of Marriage Act that banned same-sex marriage). If you're wondering why a self-proclaimed champion of fairness and gender equality has agreed to help defend this suit I unfortunately don't know, but I feel like the case is out character for her and her firm. It could be that they are only representing Petal or Petal and Gross, and not Endicott who is more compromised. The kicker is that by having her sign on as counsel (not lead counsel but secondary) our assigned judge Colleen McMahon, had to recuse herself.
> - They also have in-house counsel, **Shiri Wolf**, hired mainly for her experience with consumer finance regulation, although she also has litigation experience.
>
> Cassie

On 13 July 2018 at 11:26, Elyse Lee <elysehyuna@gmail.com> wrote:
> Hi Cassie,
>
> Here's a potential plan of attack for the media plan around the lawsuit. Let me know what you think, and we can continue iterating on it.
>
> Cheers,
> Elyse
>
> **Phase 1: Getting the dirt**
> - Media landscape research on the sentiment, tone, and quantity of coverage around Petal and its team members (and legal team)
> - Media landscape research to identify reporters and media outlets (traditional, blogs, newsletters) that would be a good fit for proactive media outreach (i.e. Emily Chang @ Bloomberg, Kristen Bellstrom @ Fortune, etc.)
>
> **Phase 2: Crafting key messaging**
> - Social media and email cleanse on your end (review your social handles and remove any suspicious or controversial material, know all the exchanges by heart)
> - Identify moonshot headlines, build out draft messaging around key themes (gender and minority discrimination in tech and the workplace, equitable opportunities, etc)
> - Develop proactive, reactive, and crisis communication plans
> - From media landscape research, develop list of reporters and outlets + contact information (top tier, second tier, trade outlets)
>
> **Phase 3: Outreach**
> - Media training and practice for interviews and statements
> - Soft outreach to reporters and follow up 1-2 weeks before court date with top tier outlets
> - Follow up with outlets from second tier and trade outlets
> - Get active on tech/women in tech community forums and support networks
> - Monitor news and respond/follow up accordingly to agreed upon plan
> - Develop/iterate on media strategy depending on results

CONFIDENTIAL                                                                                                                               SHIH00001434