# Exhibit A
# (REDACTED)

| | |
|---|---|
| **Message** | |
| **From**: | Jason Gross [jason@creditbridge.com] |
| on behalf of | Jason Gross <jason@creditbridge.com> [jason@creditbridge.com] |
| **Sent**: | 8/15/2016 11:43:11 AM |
| **To**: | David Ehrich |
| **CC**: | Andrew Endicott |
| **Subject**: | Re: Priorities this week |

Thanks! All sounds good. REDACTED

REDACTED

--



Jason Gross, Co-Founder
321-356-7686
jason@creditbridge.com


On Mon, Aug 15, 2016 at 7:24 AM, REDACTED wrote:

REDACTED

4. Slack is setup on computer and iPhone!

REDACTED

Creative spelling courtesy of Apple Inc

On Aug 15, 2016, at 2:22 AM, <jason@creditbridge.com> <jason@creditbridge.com> wrote:

Hi David,

Looking forward to our meeting tomorrow morning. REDACTED

REDACTED

Second, we've got a lot of things going on this week and I thought it'd be helpful to outline a few things that we should work to complete by the EOW.

REDACTED

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                          PETAL000125506

# REDACTED

4.   Housekeeping—would you let us know when you're set up with your david@creditbridge.com email address?  At a certain point, we should try to move all company communication over to that email address for data security/records retention reasons.  If you're having any trouble with the setup let us know and we can fold in Jack.  Similarly, please confirm that you've got Slack set up on desktop and mobile.  We're going to move more and more synchronous company conversation onto the platform.

Let me know if you have any questions!

Best,
Jason

--

<image002.jpg>

Jason Gross, Co-Founder
321-356-7686
jason@creditbridge.com

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
PETAL000125507