

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

        Plaintiff,

-against-

PETAL CARD, INC., f/k/a CREDITBRIDGE, INC., et al.,

        Defendants.

18-CV-5495 (JFK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's conference, it is hereby ORDERED that:

1. <u>Letter-Motion at Dkt. No. 189</u>. Because the issues raised by defendants' letter-motion at Dkt. No. 189 overlap substantially with the issues adjudicated in the Court's Order, issued earlier today, at Dkt. No. 228, the letter-motion is administratively DENIED, without prejudice to refiling as to any issues that were not resolved by today's Order.

2. <u>Letter-Motions at Dkt Nos. 204, 211, and 219</u>. These letter-motions are *sub judice*. Should the parties resolve or narrow any of the disputes raised therein they shall <u>promptly</u> so inform the Court by letter.

3. <u>Status Letter at Dkt. No. 220</u>.

    a. Within two weeks of today's date defendants shall produce Petal's General Ledger to the extent agreed in defendants' June 26, 2021 letter.

    b. Within two weeks of today's date defendants shall produce <u>all</u> documents "provided to the lenders in connection with" the debt transactions identified in ¶ 3 of the Court's Order dated July 1, 2021 (Dkt. No. 160), which was not limited to documents provided in connection with final deal pricing.

    c. The Court is unable to rule on plaintiff's general complaint that there are "gaps" in defendants' production. Should plaintiff's concerns solidify further, plaintiff may seek relief by letter-motion.

    d. The parties have resolved their dispute concerning the non-privilege redactions to documents produced by plaintiff.

4. <u>Pretrial Schedule</u>.  The Court will consider extensions to the discovery and pretrial schedule at the next status conference.  In the meantime, party depositions may and should commence as scheduled on and after October 10, 2021.

5. <u>Status Conference</u>. Judge Moses will conduct an in-person status conference on **November 9, 2021, at 9:30 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. In advance of the conference, and no later than **November 5, 2021**, the parties shall file a joint status letter, updating the Court as to what issues have been resolved, what issues remain outstanding, what depositions have been taken, what depositions have been scheduled but not taken, and what if any changes they seek to the discovery and pretrial schedule.

The Clerk of Court is respectfully directed to close Dkt. No. 189, as well as Dkt. No. 207 (which is erroneously docketed as a letter-motion but is in fact a response to the letter-motion at Dkt. No. 204).

Dated: New York, New York
       October 6, 2021

                                     **SO ORDERED.**

                                     **BARBARA MOSES**
                                     **United States Magistrate Judge**