UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

        Plaintiff,

-against-

PETAL CARD, INC., f/k/a CREDITBRIDGE, INC., et al.,

        Defendants.

18-CV-5495 (JFK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at the November 9, 2021 status conference, it is hereby

ORDERED as follows:

1. <u>Dkt. No. 236</u>. Plaintiff's motion to seal the unredacted version of the parties' joint status letter (Dkt. Nos. 237, 238) is GRANTED. Dkt. No. 238 shall remain under seal.

2. <u>Disputes Identified in Joint Status Letter</u>. The joint status letter at Dkt. No. 237, submitted in advance of the November 9 conference, raised three discovery disputes, concerning: (1) plaintiff's 4th set of Requests for Production to defendant Endicott; (2) defendants' redactions to the General Ledger and compliance with this Court's prior production order (Dkt. No. 231, ¶ 3(a)); and (3) defendants' redactions to the Petal capitalization table and related issues. As to each of these disputes, the parties shall meet and confer in good faith and then, with respect to each dispute that has not been resolved, shall submit a joint status letter on or before **November 16, 2021.** Each joint letter shall be limited to five pages, shall contain *both* sides' argument, and shall otherwise conform to Moses Ind. Prac. § 2(b).

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 236.

Dated: New York, New York
       November 10, 2021

                                    SO ORDERED.

                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**