# Exhibit A

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000092596 | 1/20/2016 | Email | jason@creditbridge.com | 'Andrew Endicott' | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding employee contracts and stock issuances |
| PETAL000092597 | 1/20/2016 | Excel | | | | CreditBridge - Capitalization Table_draft.xls | Attorney Client | Withheld | Draft document concerning stockholders attached to communications with counsel reflecting legal advice regarding employee contracts and stock issuances |
| PETAL000092598 | 1/20/2016 | Word Processing | | | | NY Start-up Package - Founder Technology Assignment Agreement.doc | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding employee contracts and stock issuances |
| PETAL000092599 | 1/20/2016 | Email | jason@creditbridge.com | 'Andrew Endicott' | | RE: Contract Assignment | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000092600 | 1/20/2016 | Word Processing | | | | CreditBridge - Employee PIIA (Endicott).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000092601 | 1/20/2016 | Word Processing | | | | CreditBridge - Employee PIIA (Gross).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000092602 | 1/20/2016 | Word Processing | | | | CreditBridge - Technology Assignment Agreement (Endicott).doc | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000092603 | 1/20/2016 | Word Processing | | | | CreditBridge - Technology Assignment Agreement (Gross).doc | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102699 | 1/20/2016 | Email | jason@creditbridge.com<jason@creditbridge.com> | andrew@creditbridge.com | | RE: Next Week | Attorney Client | Redacted | Communications with counsel reflecting legal advice regarding regulatory compliance. |
| PETAL000102700 | 1/20/2016 | Word Processing | | | | BSA_AML_OFAC.DOCX | Attorney Client | Withheld | Research attached to communications with counsel reflecting legal advice regarding regulatory compliance. |
| PETAL000102701 | 1/20/2016 | Word Processing | | | | Community Reinvestment Act (CRA).docx | Attorney Client | Withheld | Research attached to communications with counsel reflecting legal advice regarding regulatory compliance. |
| PETAL000102702 | 1/20/2016 | Word Processing | | | | Reg B Review (AME).docx | Attorney Client | Withheld | Research attached to communications with counsel reflecting legal advice regarding regulatory compliance. |

**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000102703 | 1/20/2016 | Word Processing | | | | Truth in Lending & Reg Z.DOCX | Attorney Client | Withheld | Research attached to communications with counsel reflecting legal advice regarding regulatory compliance. |
| PETAL000102704 | 1/20/2016 | Email | jason@creditbridge.com<jason@creditbridge.com> | andrew@creditbridge.com | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding employee contracts and stock issuances |
| PETAL000102705 | 1/20/2016 | Excel | | | | CreditBridge - Capitalization Table_draft.xls | Attorney Client | Withheld | Draft document concerning stockholders attached to communications with counsel reflecting legal advice regarding employee contracts and stock issuances |
| PETAL000102706 | 1/20/2016 | Word Processing | | | | NY Start-up Package - Founder Technology Assignment Agreement.doc | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding employee contracts and stock issuances |
| PETAL000102707 | 1/20/2016 | Email | Andrew Endicott<andrew@creditbridge.com> | jason@creditbridge.com | | Re: Contract Assignment | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102708 | 1/20/2016 | PDF | | | | AME - BB - Executed Contract - 8-3-15.pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102709 | 1/20/2016 | PDF | | | | Associates Program Operating Agreement.pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102710 | 1/20/2016 | PDF | | | | Berk Ustun - CB - AdvisorAgreement (Countersigned by AME).pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102711 | 1/20/2016 | PDF | | | | CreditBridge_Non-Disclosure Agreement_Jan6_2016 (KG).pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102712 | 1/20/2016 | PDF | | | | Datacamp T&cs.pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102713 | 1/20/2016 | XPS | | | | Design Transfer Agreement.oxps | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102714 | 1/20/2016 | PDF | | | | Domain Order Confirmation.pdf | Attorney Client | Withheld | Proof of IP ownership attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102715 | 1/20/2016 | PDF | | | | Domain Transfer Acknowledgement.pdf | Attorney Client | Withheld | Proof of IP ownership attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000102716 | 1/20/2016 | PDF | | | | Domain Transfer Completion.pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102717 | 1/20/2016 | PDF | | | | Google Apps for Business (T&Cs).pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102718 | 1/20/2016 | PDF | | | | Grasshopper T&Cs.pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102719 | 1/20/2016 | PDF | | | | KoreFusion - Non-Disclosure Agreement - CreditBridge (executed).pdf | Attorney Client | Withheld | Contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102720 | 1/20/2016 | PDF | | | | Private Registration Doc.pdf | Attorney Client | Withheld | Proof of IP ownership attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102721 | 1/20/2016 | Email | jason@creditbridge.com<jason@creditbridge.com> | andrew@creditbridge.com | | RE: Contract Assignment | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102722 | 1/20/2016 | Word Processing | | | | CreditBridge - Employee PIIA (Endicott).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102723 | 1/20/2016 | Word Processing | | | | CreditBridge - Employee PIIA (Gross).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102724 | 1/20/2016 | Word Processing | | | | CreditBridge - Technology Assignment Agreement (Endicott).doc | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000102725 | 1/20/2016 | Word Processing | | | | CreditBridge - Technology Assignment Agreement (Gross).doc | Attorney Client | Withheld | Draft contract attached to communications with counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000107701 | 1/20/2016 | Email | jason@creditbridge.com | andrew@creditbridge.com | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding employee contracts and stock issuances. |
| PETAL000107702 | 1/20/2016 | Excel | | | | CreditBridge - Capitalization Table_draft.xls | Attorney Client | Withheld | Draft document regarding stockholders attached to communications with counsel reflecting legal advice regarding employee contracts and stock issuances. |

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000107703 | 1/20/2016 | Word Processing | | | | NY Start-up Package - Founder Technology Assignment Agreement.doc | Attorney Client | Withheld | Draft contract regarding stockholders attached to communications with counsel reflecting legal advice regarding employee contracts and stock issuances. |
| PETAL000107704 | 1/20/2016 | Email | jason@creditbridge.com | andrew@creditbridge.com | | RE: Contract Assignment | Attorney Client | Withheld | Communications with in-house counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000107705 | 1/20/2016 | Word Processing | | | | CreditBridge - Employee PIIA (Endicott).docx | Attorney Client | Withheld | Draft contract attached to communications with in-house counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000107706 | 1/20/2016 | Word Processing | | | | CreditBridge - Employee PIIA (Gross).docx | Attorney Client | Withheld | Draft contract attached to communications with in-house counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000107707 | 1/20/2016 | Word Processing | | | | CreditBridge - Technology Assignment Agreement (Endicott).doc | Attorney Client | Withheld | Draft contract attached to communications with in-house counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000107708 | 1/20/2016 | Word Processing | | | | CreditBridge - Technology Assignment Agreement (Gross).doc | Attorney Client | Withheld | Draft contract attached to communications with in-house counsel reflecting legal advice regarding company contracts, assignments, and IP. |
| PETAL000092604 | 1/21/2016 | Email | jason@creditbridge.com | 'Andrew Endicott' | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding non-disclosure agreements. |
| PETAL000092605 | 1/21/2016 | Email | Andrew Endicott <andrew@creditbridge.com> | Jason Gross | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding non-disclosure agreements. |
| PETAL000102726 | 1/21/2016 | Email | jason@creditbridge.com<jason@creditbridge.com> | andrew@creditbridge.com | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding non-disclosure agreements. |
| PETAL000102727 | 1/21/2016 | Email | Andrew Endicott<andrew@creditbridge.com> | jason@creditbridge.com | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding non-disclosure agreements. |
| PETAL000107709 | 1/21/2016 | Email | jason@creditbridge.com | andrew@creditbridge.com | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding non-disclosure agreements. |
| PETAL000107710 | 1/21/2016 | Email | Andrew Endicott <andrew@creditbridge.com> | jason@creditbridge.com | | RE: Legal Docs | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding non-disclosure agreements. |

Case 1:18-cv-05495-JFK-BCM   Document 262-1   Filed 01/19/22   Page 6 of 9

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)
(Productions Dated May 25, 2021 May 28, 2021)

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000049292 | 1/27/2016 | Word Processing | | | | CreditBridge - Board Action in Lieu of the Organizational Meeting_final draft.doc | Attorney Client | Withheld | Draft corporate formation document prepared by counsel, reflecting legal advice relating to incorporation. |
| PETAL000049313 | 1/27/2016 | Word Processing | | | | CreditBridge - Certificate of Incorporation_final draft.doc | Attorney Client | Withheld | Draft corporate formation document prepared by counsel, reflecting legal advice relating to incorporation. |
| PETAL000092613 | 2/16/2016 | Email | Jason Gross <jason@creditbridge.com> | andrew@creditbridge.com | | Fwd: CreditBridge's future | Attorney Client | Redacted | Communications with counsel providing legal advice regarding communications with C. Shih. |
| PETAL000102738 | 2/16/2016 | Email | Jason Gross<jason@creditbridge.com> | andrew@creditbridge.com | | Fwd: CreditBridge's future | Attorney Client | Redacted | Communications with counsel providing materials and seeking legal advice regarding communications with C. Shih. |
| PETAL000092000 | 3/22/2016 | Email | Andrew Endicott <andrew@creditbridge.com> | Jason Gross | | Project Kiwi | Attorney Client | Withheld | Communications with counsel providing materials and seeking legal advice regarding communications with C. Shih. |
| PETAL000092001 | 3/22/2016 | Word Processing | | | | kiwi.docx | Attorney Client | Withheld | Attachment to communications with counsel providing materials and seeking legal advice regarding communications with C. Shih. |
| PETAL000102969 | 3/22/2016 | Email | Andrew Endicott<andrew@creditbridge.com> | jason@creditbridge.com | | Project Kiwi | Attorney Client | Withheld | Communications with counsel providing materials and seeking legal advice regarding communications with C. Shih. |
| PETAL000102970 | 3/22/2016 | Word Processing | | | | kiwi.docx | Attorney Client | Withheld | Attachment to communications with counsel providing materials and seeking legal advice regarding communications with C. Shih. |
| PETAL000107934 | 3/22/2016 | Email | Andrew Endicott <andrew@creditbridge.com> | jason@creditbridge.com | | Project Kiwi | Attorney Client | Withheld | Communications with counsel seeking legal advice regarding communications with C. Shih. |
| PETAL000107935 | 3/22/2016 | Word Processing | | | | kiwi.docx | Attorney Client | Withheld | Attachment to communications with counsel providing materials and seeking legal advice regarding communications with C. Shih. |
| PETAL000083746 | 3/24/2016 | Email | jgross812@gmail.com | kengross@cfl.rr.com | | Letter draft | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding letter to C. Shih. |
| PETAL000083747 | 3/24/2016 | Word Processing | | | | Project Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached to communications with attorney K. Gross reflecting legal advice regarding letter to C. Shih. |
| PETAL000083748 | 3/24/2016 | Email | Ken Gross <kengross@cfl.rr.com> | jgross812@gmail.com | | RE: Letter draft | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding letter to C. Shih. |

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000083749 | 3/24/2016 | Word Processing | | | | Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached to communications with attorney K. Gross reflecting legal advice regarding letter to C. Shih. |
| PETAL000083750 | 3/24/2016 | Email | jgross812@gmail.com | andrew@creditbridge.com | | FW: Letter draft | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding letter to C. Shih. |
| PETAL000083751 | 3/24/2016 | Word Processing | | | | Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached t to communications with counsel reflecting legal advice regarding letter to C. Shih. |
| PETAL000093588 | 3/24/2016 | Email | jgross812@gmail.com | <andrew@creditbridge.com> | | FW: Letter draft | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding letter to C. Shih. |
| PETAL000093589 | 3/24/2016 | Word Processing | | | | Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached to communications with counsel reflecting legal advice regarding letter to C. Shih. |
| PETAL000116485 | 3/24/2016 | Email | Jason Gross<jgross812@gmail.com> | andrew.endicott@gmail.com | | Kiwi | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding communications with C. Shih. |
| PETAL000116486 | 3/24/2016 | Email | jgross812@gmail.com<jgross812@gmail.com> | kengross@cfl.rr.com | | Letter draft | Attorney Client | Withheld | Communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |
| PETAL000116487 | 3/24/2016 | Word Processing | | | | Project Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached to communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |
| PETAL000116488 | 3/24/2016 | Email | Ken Gross<kengross@cfl.rr.com> | jgross812@gmail.com | | RE: Letter draft | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications with C. Shih. |
| PETAL000116489 | 3/24/2016 | Word Processing | | | | Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached to communications with attorney K. Gross reflecting legal advice regarding communications with C. Shih. |
| PETAL000116490 | 3/24/2016 | Email | jgross812@gmail.com | andrew@creditbridge.com | | FW: Letter draft | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding communications with C. Shih. |
| PETAL000116491 | 3/24/2016 | Word Processing | | | | Kiwi draft letter.docx | Attorney Client | Withheld | Draft letter attached to communications with counsel reflecting legal advice regarding communications with C. Shih. |
| PETAL000092006 | 3/26/2016 | Email | Jason Gross <jason@creditbridge.com> | Dad | | Fwd: CreditBridge's future | Attorney Client | Withheld | Communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |
| PETAL000102975 | 3/26/2016 | Email | Jason Gross<jason@creditbridge.com> | kengross@cfl.rr.com | | Fwd: CreditBridge's future | Attorney Client | Withheld | Communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000107937 | 3/26/2016 | Email | Jason Gross <jason@creditbridge.com> | kengross@cfl.rr.com | | Fwd: CreditBridge's future | Attorney Client | Withheld | Communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |
| PETAL000092046 | 4/20/2016 | Email | jason@creditbridge.com | 'Ken Gross' | | FW: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications from C. Shih. |
| PETAL000092050 | 4/20/2016 | Email | Ken Gross <kengross@cfl.rr.com> | <jason@creditbridge.com> | | RE: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications from C. Shih. |
| PETAL000092051 | 4/20/2016 | Email | Jason Gross <jason@creditbridge.com> | Ken Gross | | Re: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications from C. Shih. |
| PETAL000102979 | 4/20/2016 | Email | jason@creditbridge.com<jason@creditbridge.com> | kengross@cfl.rr.com | | FW: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |
| PETAL000102983 | 4/20/2016 | Email | Ken Gross<kengross@cfl.rr.com> | jason@creditbridge.com | | RE: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications with C. Shih. |
| PETAL000102984 | 4/20/2016 | Email | Jason Gross<jason@creditbridge.com> | kengross@cfl.rr.com | | Re: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications from C. Shih. |
| PETAL000107982 | 4/20/2016 | Email | jason@creditbridge.com | kengross@cfl.rr.com | | FW: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross seeking legal advice regarding communications with C. Shih. |
| PETAL000107986 | 4/20/2016 | Email | Ken Gross <kengross@cfl.rr.com> | jason@creditbridge.com | | RE: Assistance with CreditBridge | Attorney Client | Withheld | Communications with attorney K. Gross reflecting legal advice regarding communications with C. Shih. |
| PETAL000107987 | 4/20/2016 | Email | Jason Gross <jason@creditbridge.com> | kengross@cfl.rr.com | | Re: Assistance with CreditBridge | Attorney Client | Withheld | Communications with counsel reflecting legal advice regarding communications from C. Shih. |
| PETAL000092052 | 4/26/2016 | Email | Andrew Endicott <andrew@creditbridge.com> | Jason Gross | | Today Update | Attorney Client | Redacted | Communications with counsel reflecting legal advice regarding employee visa. |
| PETAL000102985 | 4/26/2016 | Email | Andrew Endicott<andrew@creditbridge.com> | jason@creditbridge.com | | Today Update | Attorney Client | Redacted | Communications with counsel reflecting legal advice regarding employee visa. |
| PETAL000102986 | 4/26/2016 | Email | Jason Gross<jason@creditbridge.com> | andrew@creditbridge.com | | Re: Today Update | Attorney Client | Redacted | Communications with counsel reflecting legal advice regarding employee visa. |
| PETAL000107988 | 4/26/2016 | Email | Andrew Endicott <andrew@creditbridge.com> | jason@creditbridge.com | | Today Update | Attorney Client | Redacted | Communications with counsel reflecting legal advice regarding employee visa. |

*Shih v. Petal Card, Inc.*; No. 1:18-cv-05495 (JFK) (BCM)
**DEFENDANTS' REVISED PRIVILEGE LOG (July 23, 2021)**
**(Productions Dated May 25, 2021 May 28, 2021)**

| Bates Stamp | Date | Doc. Type | From | To | CC/BCC | Subject/File Name | Privilege Type | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| PETAL000107989 | 4/26/2016 | Email | Jason Gross <jason@creditbridge.com> | andrew@creditbridge.com | | Re: Today Update | Attorney Client | Redacted | Communications with counsel reflecting legal advice regarding employee visa. |
| PETAL000092134 | 7/15/2016 | Email | jason@creditbridge.com | Adam Reuben;'Paige L. Wilson';<vnguyen@gunder.com> | | CreditBridge (Alfalfa?) materials | Attorney Client | Withheld | Communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092135 | 7/15/2016 | PDF | | | | Berk Ustun - CB - AdvisorAgreement (Countersigned by AME).pdf | Attorney Client | Withheld | Contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092136 | 7/15/2016 | Word Processing | | | | CB - A&R Advisor Agreement (Ustun).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092137 | 7/15/2016 | Word Processing | | | | CB - Advisor Agreement (Gartner).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092138 | 7/15/2016 | Word Processing | | | | CB - Consulting Agreement (David Ehrich).docx | Attorney Client | Withheld | Draft contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092139 | 7/15/2016 | Word Processing | | | | CB - Offer Letter (David Ehrich).doc | Attorney Client | Withheld | Draft contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092140 | 7/15/2016 | PDF | | | | CB - Offer Letter (Jack Arenas) (6-17-16) [countersigned].pdf | Attorney Client | Withheld | Contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |
| PETAL000092141 | 7/15/2016 | PDF | | | | CB_Advisor_Agreement_Sumeet_Patel_Signed.pdf | Attorney Client | Withheld | Contract attached to communications with counsel requesting legal advice regarding documents relating to company structure and employee and advisor agreements. |