```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA SHIH,

        Plaintiff,

  -against-

PETAL CARD, INC., f/k/a CREDITBRIDGE, INC., et al.,

        Defendants.

18-CV-5495 (JFK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the April 20, 2022 telephonic conference, it is hereby

ORDERED as follows:

1. <u>Discovery Dispute</u>. To the extent plaintiff requested that the Court direct defendants to produce additional financial documents (Dkt. No. 269, at 4), the application is DENIED.

2. <u>Discovery Schedule</u>. To the extent the parties requested that the Court extend or stay any portion of the current pretrial schedule "for the purpose of allowing the parties to explore settlement, likely via mediation" (Dkt. No. 269, at 1), the application is DENIED without prejudice to the parties' right to renew the request when and if they have made concrete plans to mediate on a defined schedule.

3. <u>Dkt. No. 258</u>. Defendants' January 3, 2022 discovery letter-motion (Dkt. No. 258) having been resolved (Dkt. Nos. 259, 261), the Clerk of Court is respectfully directed to close the motion at Dkt. No. 258.

Dated: New York, New York
       April 20, 2022

                                  **SO ORDERED.**

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**