# ALSTON & BIRD

950 F. Street NW
Washington, DC 20004
202-239-3300 | Fax: 202-239-3333

Kelley C. Barnaby     Direct Dial: 202-239-3687     Email: Kelley.barnaby@alston.com

June 24, 2022

**Via ECF**
Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Shih v. Petal Card, Inc., et al.*, No. 18-cv-5495 (S.D.N.Y.) (JFK) (BCM)

Dear Judge Moses:

      We write on behalf of all parties in the above-referenced action pursuant to your Individual Practice §2.a to jointly request an adjustment to the schedule set forth in the Revised Case Management Plan and Scheduling Order entered on November 9, 2021 (ECF No. 239), as subsequently modified by the Court's December 27, 2021 Order (ECF No. 255). The parties respectfully request that the Court extend the date for the submission of pre-motion conference letters with respect to summary judgment from June 29, 2022 until October 7, 2022. The purpose of the requested extension is to permit the parties to engage in a scheduled mediation in an effort to resolve the case without the need for further litigation. All parties consent to this request, and no extensions to this deadline have been requested previously.

      Discovery in this matter closed on May 30, 2022. Since that time, the parties have agreed to split the costs of mediation, selected Vivien B. Shelanski, Esq. (JAMS) to serve as the mediator, and scheduled a mediation with Ms. Shelanski for August 9, 2022. Ms. Shelanski has also agreed to conduct a preliminary call with the parties next week. The parties fully intend to resolve the case by mediation. If they are unsuccessful, however, the requested extension will allow the parties, following the mediation, to prepare their pre-motion conference letters with respect to summary judgment.

      The parties respectfully request that the Court grant the requested extension and enter the attached proposed Revised Case Management Plan and Scheduling Order.

Alston & Bird LLP     www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.

Respectfully submitted,

| | |
|---|---|
| /s/ *Peter S. Dawson* | /s/ *Kelley C. Barnaby* |
| | |
| Peter S. Dawson, Esq. | Kelley C. Barnaby, Esq. |
| **DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP** | Ryan-Martin Patterson, Esq. |
| One North Lexington Avenue, 11th Floor | **ALSTON & BIRD LLP** |
| White Plains, New York 10601 | The Atlantic Building |
| Phone: (914) 681-0200 | 950 F Street, NW |
| psd@ddw-law.com | Washington, DC 20004 |
| | Phone: (202) 239-3300 |
| | Kelley.Barnaby@alston.com |
| | Ryan.Martin-Patterson@alston.com |
| Steven I. Froot, Esq. | |
| Marilyn C. Kunstler, Esq. | Brett D. Jaffe, Esq. |
| Demetri Blaisdell, Esq. | Joanna C. Hendon, Esq. |
| **BOIES SCHILLER FLEXNER LLP** | Scott O'Brien, Esq. |
| 55 Hudson Yards | Gregg Fish, Esq. |
| New York, New York 10001 | **ALSTON & BIRD LLP** |
| Phone: (212) 446-2300 | 90 Park Avenue |
| sfroot@BSFLLP.com | New York, New York 10016 |
| mkunstler@BSFLLP.com | Phone: (212) 210-9400 |
| dblaisdell@BSFLLP.com | Brett.Jaffe@alston.com |
| | Joanna.Hendon@alston.com |
| | Scott.Obrien@alston.com |
| | Gregg.Fish@alston.com |
| *Counsel for Plaintiff Cassandra Shih* | |
| | *Counsel for Defendants Petal Card, Inc., Andrew Endicott, and Jason Gross* |