UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA SHIH,<br><br>      Plaintiff,<br><br>vs.<br><br>PETAL CARD, INC. f/k/a CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS<br><br>      Defendants. | Case No. 18-cv-05495 (JSR/BMC)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cassandra Shih ("Plaintiff") and Defendants Petal Card, Inc., Andrew Endicott, and Jason Rosen (f/k/a Jason Gross) (collectively, "Defendants"), and the parties' respective counsel, that Plaintiff's Second Amended Complaint (D.E. 93) is hereby dismissed as against all Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Date: October 14, 2022

<table>
<tr><td>

_(signature)_

_____
Peter S. Dawson
**DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKER LLP**
1 North Lexington Ave., 11th Floor
White Plains, NY 10601
Phone: (914) 681-0200
Fax: (914) 684-0288
psd@ddw-law.com

Steven I. Froot
Marilyn C. Kunstler
Demetri B. Blaisdell
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350
sfroot@bsfllp.com
mkunstler@bsfllp.com
dblaisdell@bsfllp.com

*Attorneys for Plaintiff Cassandra Shih*

</td><td>

_(signature)_

_____
Brett D. Jaffe
Joanna C. Hendon
Scott M. O'Brien
Gregg Fish
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016-1387
Phone: 212-210-9400
Brett.jaffe@alston.com
Joanna.hendon@alston.com
Scott.obrien@alston.com
Gregg.fish@alston.com

Kelley C. Barnaby (admitted *pro hac vice*)
Ryan P. Martin-Patterson
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Phone: 202-239-3687
Kelley.barnaby@alston.com
Ryan.martin-patterson@alston.com

*Attorneys for Defendants Petal Card, Inc.,
Andrew Endicott, and Jason Rosen (f/k/a
Jason Gross)*

</td></tr>
</table>

SO ORDERED: _____